391 A.2d 699

Commonwealth v. Shemanski, Appellant.

Submitted March 20, 1978. John J. Thomas, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and SPAETH, J., agreed that the conviction should be affirmed, but would remand for resentencing. *Commonwealth v. Wertz*, 252 Pa.Super. 584, 384 A.2d 933 (1978).

HOFFMAN, J., dissented.